IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEMETRICE R. GAY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                            CASE NO. 1D14-34

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed July 7, 2014.

An appeal from the Circuit Court for Leon County.
Dawn Caloca-Johnson, Judge.

Nancy A. Daniels, Public Defender, Colleen D. Mullen, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Trisha Meggs Pate, Bureau Chief, Criminal
Appeals; and Kristen Bonjour, Assistant Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, RAY, and SWANSON, JJ., CONCUR.